# Third District Court of Appeal

## State of Florida

Opinion filed February 24, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-396
Lower Tribunal No. 11-18231
_____

**Maria Alvarez,**
Appellant,

vs.

**Michael Logue, et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Peter R. Lopez, Judge.

Corona Law Firm, P.A., and Ricardo Corona, Ricardo M. Corona and Yung Truong, for appellant.

AM Law, LLC, Gary M. Murphree and Brandy Abreu, for appellee Michael Logue.

Before FERNANDEZ, HENDON and GORDO, JJ.

PER CURIAM.

Affirmed. In re Alvarez, 733 F.3d 136, 142 (4th Cir. 2013) (holding that a bankruptcy court cannot strip a valueless lien from a property where only one mortgagor was before the bankruptcy court because the proceedings are binding "only [upon] the debtor and **that debtor's** creditors" (emphasis added)); Gonzalez v. Chase Home Fin. LLC, 37 So. 3d 955, 957 (Fla. 3d DCA 2010) (discussing that a tenant in common may mortgage or convey her interest in a property separate from her co-tenant's interest).